**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| GEORGETTE SHERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21-cv-00924-DGK |
| | ) | |
| DENNIS R. MCDONOUGH, | ) | |
| SECRETARY OF THE DEPARTMENT | ) | |
| OF VETERAN AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.**  This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (Doc. 55) is GRANTED.


April 23, 2024                                          Paige Wymore-Wynn                
Dated                                                        Clerk of Court

May 1, 2024                                              /s/ Tracy Strodtman                
Entered                                                      (by) Deputy#Clerk#